IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-05672 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Sunil R. Harjani |

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs Wham-O Holding, Ltd. and InterSport Corp. d/b/a WHAM-O ("WHAM-O") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants"). After reviewing the Motion and the accompanying record, this Court GRANTS WHAM-O's Motion in part as follows.

This Court finds WHAM-O has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 19, 2022, ECF No. 15 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that WHAM-O has provided a basis to conclude that Defendants have sold products using infringing and counterfeit versions of WHAM-O's federally registered trademarks (the "FRISBEE Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of WHAM-O's previously granted Motion for Entry of a TRO establishes that WHAM-O has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that WHAM-O will suffer irreparable harm if the injunction is not granted.

Specifically, WHAM-O has proved a *prima facie* case of trademark infringement because (1) the FRISBEE Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the FRISBEE Trademarks, and (3) Defendants' use of the FRISBEE Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with WHAM-O. Furthermore, Defendants' continued and unauthorized use of the FRISBEE Trademarks irreparably harms WHAM-O through diminished goodwill and brand confidence, damage to WHAM-O's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, WHAM-O has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the FRISBEE Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine WHAM-O product or not authorized by WHAM-O to be sold in connection with the FRISBEE Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine WHAM-O product or any other product produced by WHAM-O, that is not WHAM-O's or not produced under the authorization, control, or supervision of WHAM-O and approved by WHAM-O for sale under the FRISBEE Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of WHAM-O, or are sponsored by, approved by, or otherwise connected with WHAM-O; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WHAM-O, nor authorized by WHAM-O to be sold or offered for sale, and which bear any of WHAM-O's trademarks, including the FRISBEE Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon WHAM-O's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com

("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to WHAM-O expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendants' financial accounts and Defendants' sales and listing history; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon WHAM-O's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the FRISBEE Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Todd Richards, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. WHAM-O may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Todd Richards and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "5.47989 and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice

        reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint (ECF No. 2), Exhibit 2 to the Declaration of Todd Richards (ECF No. 12), and the TRO (ECF No. 15) are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $182,000.00 bond posted by WHAM-O shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

                                                SO ORDERED:

Date: November 1, 2022

                                                John J. Tharp, Jr.
                                                United States District Judge

# Schedule A

| No. | Defendants |
|---|---|
| 1 | 5.47989 |
| 2 | changxu1012 |
| 3 | denjiaxua-0 |
| 4 | gearlympics123 |
| 5 | rainbow-flytosky |
| 6 | rajiattanayake |
| 7 | Bark & Paws |
| 8 | Beijing Hui Xin Zhi Xiang Shangmao Youxian Gongsi |
| 9 | Dongguan Jinxiuyunhuadianzishangwuyouxiangongsi |
| 10 | Dongguanshi Shoumo Dianzishangwu Youxiangongsi |
| 11 | Dongguanshi Suqianmei Dianzishangwu Youxiangongsi |
| 12 | Dongguanshilipengzhidianzishangwuyouxiangongsi |
| 13 | Dongguanshisangukejiyouxiangongsi Sub-Company |
| 14 | Fuzhou Dengfenglai Information Technology |
| 15 | Fuzhoushigulouqumoshangshangmaoyouxiangongsi |
| 16 | Guangzhou Huiyun Trading |
| 17 | Guangzhou Jiahe Department Store Supplies Firm |
| 18 | Hangzhounianchenmaoyiyouxiangongsi |
| 19 | Lehasiwangluokejiyouxiangongsi |
| 20 | Nan Tong You Hao Wang Luo Ke Ji You Xian Gong Si |
| 21 | Rikida Technology |
| 22 | Sanmenxiashiyiyanshangmaoyouxianzerengongsi |
| 23 | Shanghai Gemi Electronic Commerce |
| 24 | Shen Zhen Shi He Xin Yi Mao Yi |
| 25 | Shenyang JiaPengEnBei Jewelry |
| 26 | Shenyangxidayuxingtiyushangmaoyouxiangongsi |
| 27 | Shenzhen Baiqinshangwu Maoyi Youxian Gongsi |
| 28 | Shenzhen Deruisi E-commerce Technology |
| 29 | Shenzhen Feisisuike Technology |
| 30 | Shenzhen Lingbo Guangdianyouxiangongsi |
| 31 | Shenzhen Nuoanjia Technology |
| 32 | Shenzhen Winway Electronics |
| 33 | Shenzhen Yinge Technology |
| 34 | Shenzhen Yingyun Technology |
| 35 | Shenzhenshi Ai Shang Yangguang Maoyi Youxian Gongsi |
| 36 | Shenzhenshi Baite Trade |
| 37 | Shenzhenshi Chensihaoyukeji Youxiangongsi |
| 38 | Shenzhenshi Lebanghui Trading |

| 39 | Shenzhenshi Shunfake Keji Youxiangongsi |
|---|---|
| 40 | Shenzhenshi Yuhaiteng Keji Youxiangongsi |
| 41 | Shenzhenshiaoruidianzishangwuyouxiangongsi |
| 42 | Shenzhenshibaishilidianzishangwuyouxiangongsi |
| 43 | Shenzhenshiqingshandakejiyouxiangongsi |
| 44 | Shenzhenshitaiyihongrunmaoyiyouxiangongsi |
| 45 | Shenzhenshiyingjunyuntongguojihuoyundailiyouxiangongsi |
| 46 | Shenzhenshizhongchengdayeshangmaoyouxianzerengongsi |
| 47 | Sungpro Holding |
| 48 | Wuhan Enbisi Electronic Commerce |
| 49 | Wuhan Zhulang Jewelry |
| 50 | Wuhanxinxushengdianzishangwuyouxiangongsi |
| 51 | Yiwu Shi Qingtong Dianzishangwu Co |
| 52 | Yiwu Shimiaoningjiangwenhuachuangyi Youxian Gongsi |
| 53 | Zhengzhou Chenglandianzi Shangwuyouxiangongsi |
| 54 | AmzDingFeng |
| 55 | ankinghor |
| 56 | BiShuBaiHuo |
| 57 | Blinglin |
| 58 | BYFNMY |
| 59 | Ceciliya |
| 60 | chenqiqingUS |
| 61 | CINONEKO |
| 62 | Crown Tilting Co., Ltd. |
| 63 | Cynthia Kiss |
| 64 | dabuliushangmaoyouxiangongsi |
| 65 | dblblbq |
| 66 | DDJSport |
| 67 | Fraisfic-US |
| 68 | Fuyalove |
| 69 | Good xuefu |
| 70 | GuBangsh |
| 71 | Guesthome |
| 72 | Hand in hand |
| 73 | haolin shop |
| 74 | HEJANG |
| 75 | Hhamves |
| 76 | Hong qiang us |
| 77 | HongYingJia |
| 78 | Howstar |
| 79 | ilhoui |

| | |
|---|---|
| 80 | jasonzhao |
| 81 | jiefuyoupin |
| 82 | Jimin Store |
| 83 | JIUJIANGDIANpu |
| 84 | JKIOOW |
| 85 | JustynE |
| 86 | KALAGYMP-US |
| 87 | KASMALL |
| 88 | KHFU |
| 89 | Koohj |
| 90 | K'ryssma Hair Extensions |
| 91 | kxssyyxgswyh |
| 92 | LanYaNanBaiHuoShangHang |
| 93 | Legend jie |
| 94 | LIbby |
| 95 | LifeLikeFlower |
| 96 | liuyky |
| 97 | LiuZhenJun |
| 98 | liyukz |
| 99 | Londkaron Online Store |
| 100 | luozhichangshangmao |
| 101 | Magwen226 |
| 102 | Maidoul |
| 103 | MaoChangHa |
| 104 | Meier Shop |
| 105 | meizinainai |
| 106 | MengMoLingBaiHuoYouXianGongSi |
| 107 | MMCHEN |
| 108 | mytopgolden |
| 109 | NAries Up to 50% discount |
| 110 | nianjiaxiang |
| 111 | Ningbo sno |
| 112 | nxhdjz |
| 113 | One DORA |
| 114 | OuQiShop |
| 115 | PERSEPHONE HAIR |
| 116 | Qianya E-commerce Co., Ltd |
| 117 | Rong-Ya |
| 118 | rulunmaoyiyouxiangongsi |
| 119 | sanfanjianzhugongcheng |
| 120 | sanxiang |

| | |
|---|---|
| 121 | SdnfjdZER |
| 122 | slqcmyyxgs |
| 123 | TimelessCool |
| 124 | Tujin Shop |
| 125 | txdpETNC |
| 126 | WYBHCS |
| 127 | Xianfans |
| 128 | xiantaohuabaihuodian |
| 129 | xiao pang |
| 130 | XIGOU |
| 131 | XINMEIWEN |
| 132 | YAoxing |
| 133 | Yijiajudhf |
| 134 | YIQIU |
| 135 | YOOGAO Pet |
| 136 | YUANstore |
| 137 | YuXingLüBaiHuoShangHang |
| 138 | zebaowu |
| 139 | ZhangYongChengDeDian |
| 140 | 杭州讯樊机械科技有限公司 |
| 141 | 柒可宠物玩具店 |
| 142 | Ailytec Inc |
| 143 | BIOOK Direct |
| 144 | Blirik |
| 145 | BRITUMS |
| 146 | Comdar |
| 147 | CYY Technology Networks, Ltd |
| 148 | Dolegur |
| 149 | EMAZKBD |
| 150 | GF-Huinong |
| 151 | GLADKO |
| 152 | Guangzhou Konglongyu Maoyi Youxian Gongsi |
| 153 | guangzhoushi jierongdianzi shangwuyouxiangongsi |
| 154 | Hengxin Co,Ltd |
| 155 | Heopbird |
| 156 | Huanxu Co,Ltd |
| 157 | Husfou |
| 158 | JINGPENG |
| 159 | JOGENMAX |
| 160 | K Beauty |
| 161 | LDTechnology |

| | |
|---|---|
| 162 | LECHONG |
| 163 | LEISE |
| 164 | Luminojy |
| 165 | Masterce |
| 166 | Mikiwi |
| 167 | Miruku |
| 168 | Neotimely |
| 169 | Peantoia |
| 170 | Shen Zhen Shi Jin Ming Hui Ke Ji CoLtd |
| 171 | Shen ZhenShiJinJiuHuiKeJiCoLtd |
| 172 | Shenzhen Chuang Shi Tong Technology Co.,Ltd. |
| 173 | Shenzhenshi Wanwei Weilaikeji Youxiangongsi |
| 174 | shenzhenshiqishunkejiyouxiangongsi |
| 175 | Sherry Direct |
| 176 | SJHL |
| 177 | SZSQF |
| 178 | Titan Globe |
| 179 | Tkbnmy |
| 180 | Vadunsuz |
| 181 | wuhanniuluoximindianzishangwujingyingbu |
| 182 | yuanpinglianghongmaoyiyouxiangongsi |