IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, | Case No.: 1:22-cv-05672 |
| Plaintiffs, | Judge John J. Tharp, Jr. |
| v. | Magistrate Judge Sunil R. Harjani |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 74 | HEJANG |
| 116 | Qianya E-commerce Co., Ltd |
| 26 | Shenyangxidayuxingtiyushangmaoyouxiangongsi |
| 179 | Tkbnmy |
| 164 | Luminojy |
| 151 | GLADKO |
| 149 | EMAZKBD |
| 154 | Hengxin Co,Ltd |
| 156 | Huanxu Co,Ltd |
| 58 | BYFNMY |
| 59 | Ceciliya |
| 130 | XIGOU |

DATED: November 13, 2022

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752

E-mail: keith@vogtip.com

*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 13, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

            */s/ Keith A. Vogt*
            Keith A. Vogt