IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-05672

Judge John J. Tharp, Jr.

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 108 | mytopgolden |
| 136 | YUANstore |
| 145 | BRITUMS |
| 168 | Neotimely |
| 177 | SZSQF |
| 120 | sanxiang |
| 54 | AmzDingFeng |
| 55 | ankinghor |
| 78 | Howstar |
| 14 | Fuzhou Dengfenglai Information Technology |
| 16 | Guangzhou Huiyun Trading |
| 57 | Blinglin |
| 2 | changxu1012 |
| 132 | YAoxing |
| 133 | Yijiajudhf |
| 160 | K Beauty |
| 157 | Husfou |

DATED: November 18, 2022  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 18, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt