IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-05672

Judge John J. Tharp, Jr.

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 178 | Titan Globe |
| 176 | SJHL |
| 17 | Guangzhou Jiahe Department Store Supplies Firm |
| 21 | Rikida Technology |
| 22 | Sanmenxiashiyiyanshangmaoyouxianzerengongsi |
| 28 | Shenzhen Deruisi E-commerce Technology |
| 43 | Shenzhenshiqingshandakejiyouxiangongsi |
| 15 | Fuzhoushigulouqumoshangshangmaoyouxiangongsi |
| 32 | Shenzhen Winway Electronics |
| 173 | Shenzhenshi Wanwei Weilaikeji Youxiangongsi |
| 131 | XINMEIWEN |
| 152 | Guangzhou Konglongyu Maoyi Youxian Gongsi |
| 172 | Shenzhen Chuang Shi Tong Technology Co.,Ltd. |

DATED:  December 3, 2022   Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 3, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt